PEARL KUTUN et al., Appellants and Respondents, *v.* HANNA R. KRANZ, Individually and as Administratrix of the Estate of LOUIS KRANZ, Deceased, Respondent and Appellant, and FLOYD KRANZ, Appellant and Respondent.

Argued April 8, 1949; decided April 20, 1949.

*Kenneth S. MacAffer* and *Meyer A. Novick* for defendant Hanna R. Kranz, respondent and appellant.

*Benjamin M. Goldstein* and *Nellie Childs Smith* for plaintiffs Pearl Kutun and others, appellants and respondents, and defendant Floyd Kranz, appellant and respondent.

Judgment so far as appealed from affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.